# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ALETA PEER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:05-1085 |
| v. ) | Judge Trauger |
| ) | |
| INTEGRA SOFTWARE SYSTEMS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment (Docket No. 22) filed by the defendant, Integra Software Systems, is **GRANTED**. Entry of this Order shall constitute the judgment in this action.

It is so ordered.

Enter this 22nd day of June 2007.

ALETA A. TRAUGER
United States District Judge